No. CR 13-00295 J

SEALED BY ORDER OF THE COURT

E-filing

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

FILED
OCT 17 2013
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

## *SAN JOSE DIVISION*

## THE UNITED STATES OF AMERICA

*vs.*

SON NGUYEN and HAILAN NGUYEN

# SUPERSEDING INDICTMENT

COUNTS ONE THROUGH SEVEN: (18 U.S.C. § 1343 – Wire Fraud)

COUNT EIGHT: (18 U.S.C. § 1014 – False Statements to a Bank)

*A true bill.*

*Foreperson*

*Filed in open court this* 16th *day of* October

*A.D. 2013*

P.S. Grewal
UNITED STATES MAGISTRATE JUDGE

*Bail. $* No process as to Son Nguyen
No bail arrest warrant as to Hailan Nguyen.

DOCUMENT NO. 20
CSA'S INITIALS
DISTRICT COURT CRIMINAL CASE PROCESSING

MELINDA HAAG (CASBN 132612)
United States Attorney

SEALED BY ORDER OF COURT

FILED
OCT 17 2013
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

E-filing

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>SON NGUYEN and HAI LAN NGUYEN,<br><br>Defendants. | No. CR-13-00295-DLJ<br><br>VIOLATIONS:<br><br>18 U.S.C. § 1343 - Wire Fraud; 18 U.S.C. § 1014 - False Statement to a Bank; 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c) - Forfeiture<br><br>SAN JOSE VENUE |

SUPERSEDING INDICTMENT

The Grand Jury charges:

At all times relevant to this Indictment, unless otherwise indicated:

Introductory Allegations

1. The defendants, SON NGUYEN and HAI NGUYEN, are husband and wife. They operated Willow Glen Investments, LLC, a real estate development and sales company, located at 621 Tully Road, Suite A101, in San Jose, California. They also created and operated Little Saigon Plaza, a Limited Liability Company (LLC).

2. In order to finance their real estate ventures, the defendants would apply for and receive loans from banks whose deposits were insured by the Federal Deposit Insurance Corporation.

3. SON NGUYEN solicited people to purchase real estate properties that they owned and

developed (hereinafter "purchasers").

4. Purchasers gave money to the defendants by checks and wire transfers. The defendants deposited the checks into an account he controlled at Bank of America. The account number ended in 1464. The defendants had all funds that were transmitted to them by wire deposited into the same account, *i.e.*, the Bank of America account whose account number ended in 1464.

5. Funds for all checks deposited into the defendants' account were transferred between the purchasers' banks and the defendants' Bank of America account via interstate wire transfer.

6. All funds given by purchasers to the defendants via wire transfers were transmitted via Fedwire, a wire transfer service operated by the Federal Reserve. At the time of the wire transfers covered by this Indictment, all Fedwire transfers were routed through servers located in New Jersey.

<u>Wire Fraud: The Scheme and Artifice to Defraud</u>

7. Commencing on a date unknown to the Grand Jury, but on or before May 13, 2008, and continuing to at least on or about April 8, 2009, in the Northern District of California and elsewhere, the defendant, SON NGUYEN, knowingly executed, and attempted to execute, a scheme and artifice to defraud purchasers by means of materially false and fraudulent pretenses, representations and promises. As part of the scheme and artifice to defraud, the defendant took money that he had fraudulently obtained and used it for purposes other than what he had represented the money would be used for in his statements to purchasers.

8. As part of the scheme and artifice to defraud, the defendant made the following materially false and fraudulent representations, among others:

a. That he had the legal right to sell the properties that the purchasers were interested in buying;

b. That the funds given to SON NGUYEN for purchase of the property would be deposited into an escrow account;

c. That other funds given to SON NGUYEN by purchasers would be used to complete construction of the buildings that the purchasers were seeking to buy.

<u>COUNTS ONE THROUGH SEVEN</u>: (18 U.S.C. § 1343 - Wire Fraud)

9. Paragraphs One through Eight of this Indictment are realleged and incorporated as if fully

set forth herein.

10. Commencing on a date unknown to the Grand Jury, but on or before May 13, 2008, and continuing to at least on or about April 8, 2009, in the Northern District of California and elsewhere, the defendant,

SON NGUYEN,

did knowingly devise a scheme and artifice to defraud and obtain money by materially false and fraudulent pretenses, and did, for the purpose of executing such scheme and artifice, transmit and cause to be transmitted by wire, radio, and television communication, in interstate and foreign commerce, writings, signs, signals and pictures, *to wit*: check deposits and wire transfers from bank accounts controlled by them to bank accounts controlled by SON NGUYEN, as set forth below.

| Count | Date | Source of Funds | Check or Wire | Acc't Deposited Into | Amount |
|---|---|---|---|---|---|
| 1 | 5/13/2008 | D.H. BofA Acct. #5051 | Check # 4965 | BofA Acct #1464 | $150,000 |
| 2 | 2/13/2009 | D.H. Tech CU Acct. #8880 | Check # 1003 | BofA Acct #1464 | $100,000 |
| 3 | 7/9/2008 | K.P. Wells Fargo Acct. # 5295 | Cashier's Check # 3002731 | BofA Acct #1464 | $15,000 |
| 4 | 7/9/2008 | K.P. BofA Acct. # 6165 | Check # 3426 | BofA Acct #1464 | $15,000 |
| 5 | 4/3/2009 | K.P. B of A Acct. # 8879 | Wire # 2009040300236948 | BofA Acct #1464 | $55,000 |
| 6 | 4/4/2009 | K.P Wells Fargo Acct #5295 | Cashier's Check # 50208866 | BofA Acct # 1464 | $30,000 |
| 7 | 4/8/2009 | K.P. BofA Acct. # 6165 | Check # 3765 | BofA Acct #1464 | $15,000 |

All in violation of Title 18, United States Code, Section 1343.

<u>COUNT EIGHT</u>: (18 U.S.C. § 1014 - False Statement to a Bank)

11. Paragraphs One and Two of this Indictment are realleged and incorporated as if fully set forth herein.

12. Commencing on a date unknown to the grand jury, but no earlier than June 1, 2006, and continuing to on or about November 20, 2006, in the Northern District of California and elsewhere, the defendants,

SON NGUYEN and
HAI LAN NGUYEN,

knowingly made a false statement and report for the purpose of influencing an action of an institution, the accounts of which were insured by the Federal Deposit Insurance Corporation, *to wit*: in order to obtain a loan from Bridge Bank, the defendants falsely told the bank that multiple "Rights to First Offer" (RFO) had been signed by their customers, promising to purchase units in Little Saigon Plaza, a real estate development project, when in fact the customers had not signed the RFO's.

All in violation of Title 18, United States Code, section 1014.

FORFEITURE ALLEGATION: (18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c) - Wire Fraud)

13. The factual allegations contained in paragraphs One through Eight inclusive, and paragraph Ten, are realleged and incorporated by reference.

14. Upon conviction of any of the wire fraud offenses, in violation of Title 18, United States Code, Section 1343, set forth in Counts One through Seven of this Indictment, the defendant,

SON NGUYEN,

shall forfeit to the United States of America, pursuant to Title 18, United States Code, Section 981(a)(1)(C), and Title 28, United States Code, Section 2461(c), any property, real or personal, which constitutes or is derived from proceeds traceable to a violation of Title 18, United States Code, Section 1343, including but not limited to a sum of money equal to the total amount of

proceeds defendant obtained or derived, directly or indirectly, from the violations, *to wit*: $380,000.

15. If any of the property described above, as a result of any act or omission of the defendant:

a. cannot be located upon the exercise of due diligence;

b. has been transferred or sold to, or deposited with, a third party;

c. has been placed beyond the jurisdiction of the court;

d. has been substantially diminished in value; or

e. has been commingled with other property which cannot be divided without difficulty,

any and all interest the defendant has in any other property (not to exceed the value of the above forfeitable property) shall be forfeited to the United States pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c).

<u>FORFEITURE ALLEGATION</u>: (18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c) - False Statement to a Bank)

16. The factual allegations contained in paragraphs One, Two, and Twelve, are realleged and incorporated by reference.

17. Upon conviction of the offense of making a false statement to a bank, in violation of Title 18, United States Code, Section 1014, set forth in Count Eight of this Indictment, the defendants,

SON NGUYEN
HAI LAN NGUYEN,

shall forfeit to the United States of America, pursuant to Title 18, United States Code, Section 981(a)(1)(C), and Title 28, United States Code, Section 2461(c), any property, real or personal,

which constitutes or is derived from proceeds traceable to a violation of Title 18, United States Code, Section 1014, including but not limited to a sum of money equal to the total amount of proceeds defendant obtained or derived, directly or indirectly, from the violations, *to wit*: $19,000,000.00.

18. If any of the property described above, as a result of any act or omission of the defendant:

a. cannot be located upon the exercise of due diligence;

b. has been transferred or sold to, or deposited with, a third party;

c. has been placed beyond the jurisdiction of the court;

d. has been substantially diminished in value; or

e. has been commingled with other property which cannot be divided without difficulty,

any and all interest the defendant has in any other property (not to exceed the value of the above forfeitable property) shall be forfeited to the United States pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c).

DATED: 10/16/2013

A TRUE BILL.

[signature]

FOREPERSON

MELINDA HAAG
United States Attorney

[signature]

JEFF NEDROW
Chief, San Jose Office

(App'd as to form: [signature]
AUSA Gary G. Fry

E-filing

AO 257 (Rev. 6/78)

# DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT ☐ INFORMATION ☒ INDICTMENT ☒ SUPERSEDING

SEALED BY ORDER OF THE COURT

Name of District Court, and/or Judge/Magistrate Location: NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

## OFFENSE CHARGED

COUNTS ONE THROUGH SEVEN: (18 U.S.C. ' 1343 – Wire Fraud)

COUNT EIGHT: (18 U.S.C. ' 1014 – False Statements to a Bank))

☐ Petty ☐ Minor ☐ Misdemeanor ☒ Felony

PENALTY: (As to each violation) COUNTS ONE THROUGH SEVEN: Up to 30 years imprisonment; up to $1,000,000 fine; up to 5 years of supervised release, and $100 special assessment
COUNT EIGHT: Up to 30 years imprisonment; up to $1,000,000 fine; up to 5 years of supervised release, and $100 special assessment.

## DEFENDANT - U.S

SON NGUYEN

DISTRICT COURT NUMBER

CR 13-00295 DLJ

FILED
OCT 17 2013
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

## PROCEEDING

Name of Complainant Agency, or Person (& Title, if any): S/A Michael Alegre - FBI

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of: ☐ U.S. ATTORNEY ☐ DEFENSE — SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant — MAGISTRATE CASE NO.

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

Name and Office of Person Furnishing Information on this form: Melinda Haag

☒ U.S. Attorney ☐ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned): Gary G. Fry

## DEFENDANT

### IS *NOT* IN CUSTODY

1) ☐ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges

2) ☐ Is a Fugitive

3) ☒ Is on Bail or Release from (show District): Northern District of California

### IS IN CUSTODY

4) ☐ On this charge

5) ☐ On another conviction } ☐ Federal ☐ State

6) ☐ Awaiting trial on other charges

If answer to (6) is "Yes", show name of institution

Has detainer been filed? ☐ Yes ☐ No } If "Yes" give date filed

DATE OF ARREST — Month/Day/Year

Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED TO U.S. CUSTODY — Month/Day/Year

☐ This report amends AO 257 previously submitted

## ADDITIONAL INFORMATION OR COMMENTS

PROCESS:

☐ SUMMONS ☒ NO PROCESS* ☐ WARRANT

Bail Amount:

If Summons, complete following:
☐ Arraignment ☐ Initial Appearance

** Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment*

Defendant Address:

Date/Time:

Before Judge:

Comments:

AO 257 (Rev. 6/78)

E-filing

# DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT ☐ INFORMATION ☒ INDICTMENT ☒ SUPERSEDING

## OFFENSE CHARGED

COUNTS ONE THROUGH SEVEN: (18 U.S.C. ' 1343 – Wire Fraud)

COUNT EIGHT: (18 U.S.C. ' 1014 – False Statements to a Bank))

☐ Petty
☐ Minor
☐ Misdemeanor
☒ Felony

PENALTY: (As to each violation) COUNTS ONE THROUGH SEVEN: Up to 30 years imprisonment; up to $1,000,000 fine; up to 5 years of supervised release, and $100 special assessment
COUNT EIGHT: Up to 30 years imprisonment; up to $1,000,000 fine; up to 5 years of supervised release, and $100 special assessment

Name of District Court, and/or Judge/Magistrate Location
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

FILED
OCT 17 2013
RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

DEFENDANT - U.S

HAILAN NGUYEN

DISTRICT COURT NUMBER
CR 13-00295 DLJ

SEALED BY ORDER OF THE COURT

## PROCEEDING

Name of Complainant Agency, or Person (& Title, if any)
S/A Michael Alegre - FBI

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. ATTORNEY ☐ DEFENSE
SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under
MAGISTRATE CASE NO.

Name and Office of Person Furnishing Information on this form: Melinda Haag
☒ U.S. Attorney ☐ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned): Gary G. Fry

## DEFENDANT

**IS *NOT* IN CUSTODY**
Has not been arrested, pending outcome this proceeding.
1) ☒ If not detained give date any prior summons was served on above charges
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☐ On this charge
5) ☐ On another conviction } ☐ Federal ☐ State
6) ☐ Awaiting trial on other charges
If answer to (6) is "Yes", show name of institution

Has detainer been filed? ☐ Yes ☐ No } If "Yes" give date filed

**DATE OF ARREST** Month/Day/Year

Or... if Arresting Agency & Warrant were not

**DATE TRANSFERRED TO U.S. CUSTODY** Month/Day/Year

☐ This report amends AO 257 previously submitted

## ADDITIONAL INFORMATION OR COMMENTS

PROCESS:
☐ SUMMONS ☐ NO PROCESS* ☒ WARRANT Bail Amount: No Bail

If Summons, complete following:
☐ Arraignment ☐ Initial Appearance

* *Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment*

Defendant Address:

Date/Time: Before Judge:

Comments:

Δ2