1  Peter A. Leeming SBN 119124
   Law Offices of Peter A. Leeming
2  108 Locust Street, Suite 7
   Santa Cruz, CA 95060
3
   Telephone (831) 425-8000
4
   Attorney for defendant HAI NGUYEN
5

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. CR 13-00295 DLJ |
|---|---|
| Plaintiff, | ) **STIPULATION AND []** |
| vs. | ) **ORDER CONTINUING STATUS** |
|  | ) **CONFERENCE** |
| SON NGUYEN and HAI NGUYEN | ) |
| Defendants | ) |

The parties stipulate, and request that the court Order, the following:

1.   This matter is currently set before the Court for a status conference on November 7, 2013 at 9:00 AM.  Through this stipulation and proposed Order, the parties are jointly requesting that the status conference be continued to December 19, 2013, at 9:00 A.M.

STIPULATION AND   ORDER CONTINUING STATUS CONFERENCE. - 1

2.Son Nguyen and Hai Nguyen are husband and wife.  Mr. Son Nguyen was initially charged in a seven count indictment in May, 2013.  Mr. Nguyen was the sole defendant in the initial indictment until a superseding indictment was filed on October 17, 2013.  On October 22, 2013 Mrs. Hai Nguyen was arrested on the superseding indictment and appeared before Magistrate Judge Grewal for identification of counsel.   The superseding indictment added an additional count (Count Eight) charging Mr. Son Nguyen and Mrs. Hai Nguyen with 18 U.S.C. Sect 1014, false statements to a bank.  Attorney Peter Leeming was provisionally appointed to represent Mrs. Nguyen., and she was released on conditions following a detention hearing on October 24, 2013.

3.On October 28, 2013 both defendants appeared before Magistrate Judge Grewal.  Mr. Paul Meltzer substituted as counsel for Mr. Son Nguyen, who was arraigned on the superseding indictment.

4.Thus, the status of the case is as follows.  Both defendants have new counsel, and Mrs. Nguyen is new to the case.  Neither defense counsel has yet had the opportunity to review the discovery in this matter.

5.For the above reasons, the parties respectfully request that the status conference date of November 7, 2013 be vacated, and a new status conference date be set for December 19, 2013, at 9:00 A.M, and that the time between October 28, 2013 and December 19, 2013 be excluded for the effective preparation of counsel.

STIPULATION AND  ORDER CONTINUING STATUS CONFERENCE. - 2

Respectfully submitted,

Dated: October 29, 2013  By:_____/s/_____
 PETER A. LEEMING,
Attorney for Hai Nguyen

Dated: October 29, 2013  By:_____/s/_____
PAUL B. MELTZER,
Attorney for Son Nguyen


 _/s/ Gary G. Fry,___
Assistant U.S. Attorney

IT IS SO ORDERED.

DATED:_____                          _____
HON. D. Lowell Jensen
United States District Court Judge

STIPULATION AND  ORDER CONTINUING STATUS CONFERENCE. - 3