Peter A. Leeming SBN 119124
Law Offices of Peter A. Leeming
108 Locust Street, Suite 7
Santa Cruz, CA 95060

Telephone (831) 425-8000

Attorney for defendant HAI NGUYEN

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 13-00295 RMW |
| Plaintiff, ) | **STIPULATION AND []** |
| vs. ) | **ORDER CONTINUING STATUS CONFERENCE** |
| SON NGUYEN and HAI NGUYEN ) | |
| Defendants ) | |

The parties stipulate, and request that the court Order, the following:

1. This matter is currently set before the Court for a status conference on December 15, 2014 at 9:00 AM. Through this stipulation and proposed Order, the parties are jointly requesting that the status conference be continued to January 5, 2015, at 9:00 A.M.

STIPULATION AND ORDER CONTINUING STATUS CONFERENCE. - 1

2.	The defendants are charged in this matter with wire fraud and false statements to a bank in connection with the development of real properties in San Jose and Sacramento, California. The matter was previously pending before the Hon. D. Lowell Jensen and has been recently transferred to Judge Ronald. M. Whyte. This transition resulted in the Court moving the status date from Thursday, December 11 (Judge Jensen's regular criminal calendar) to Monday, December 15 (Judge Whyte's criminal calendar). Unfortunately, counsel for the defendants are not available on that date.

3.	For the above reasons, the parties respectfully request that the status conference date of December 15, 2014 be vacated, and a new status conference date be set for, January 5, 2015 at 9:00 A.M, and that the time between December 11, 2014 and January 5, 2015 be excluded for the effective preparation and continuity of counsel.

Respectfully submitted,


Dated: December 9, 2014    By:_____/s/_____
                             PETER A. LEEMING,
                             Attorney for Hai Nguyen

Dated:  December 9, 2014   By:_____/s/_____
                            PAUL B. MELTZER,
                            Attorney for Son Nguyen


                             _/s/ Gary G. Fry,____
                             Assistant U.S. Attorney

STIPULATION AND   ORDER CONTINUING STATUS CONFERENCE. - 2

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 13-00295 RMW |
| Plaintiff, | ) ) | **[] ORDER** |
| vs. | ) ) | **CONTINUING STATUS** **CONFERENCE** |
| SON NGUYEN and HAI NGUYEN | ) ) | |
| Defendants | ) ) | |

For the reasons stated in the attached stipulation, the status conference is hereby continued from December 15, 2014, to January 5, 2015. The time between those dates is excluded from calculations under the Speedy Trial Act, 18 U.S.C. Sect. 3161, for the effective preparation of counsel and for continuity of counsel.

IT IS SO ORDERED.

DATED:_____          _____

HON. Ronald M. Whyte
United States District Court Judge

STIPULATION AND  ORDER CONTINUING STATUS CONFERENCE. - 3