Peter A. Leeming SBN 119124
Law Offices of Peter A. Leeming
108 Locust Street, Suite 7
Santa Cruz, CA 95060

Telephone (831) 425-8000

Attorney for defendant HAI NGUYEN

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>SON NGUYEN and HAI NGUYEN<br><br>　　　　Defendants | No. CR 13-00295 RMW [PSG]<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER MODIFYING RELEASE CONDITIONS and PERMITTING TRAVEL** |

　　　The parties stipulate, and request that the court Order, the following:

　　　1.　　Son Nguyen and Hai Nguyen are husband and wife.  Mr. Son Nguyen was initially charged in a seven count indictment in May, 2013.  Mr. Nguyen was the sole defendant in the initial indictment until a superseding indictment was filed on October 17, 2013.  On October 22, 2013 Mrs. Hai Nguyen was arrested on the superseding indictment and appeared before Magistrate Judge Grewal for

STIPULATION AND ~~PROPOSED~~ ORDER MODIFYING RELEASE CONDITIONS. - 1

identification of counsel. The superseding indictment added an additional count (Count Eight) charging Mr. Son Nguyen and Mrs. Hai Nguyen with 18 U.S.C. Sect 1014, false statements to a bank. .

3. On October 28, 2013 both defendants appeared before Magistrate Judge Grewal. Mr. Paul Meltzer substituted as counsel for Mr. Son Nguyen, who was arraigned on the superseding indictment. Both defendants have been released with conditions that include travel restrictions. There have been no compliance issues with either defendant while on release.

4. Both defendants are requesting that they be allowed to travel to Austin, Texas from May 22 to Monday, May 25, 2015 to attend the graduation of their daughter from the University of Texas, Austin. The Nguyen's will stay at their daughter's apartment in Austin. The address of the apartment has been provided to the Government and to US Pretrial.

5. For the above reasons, the parties respectfully request that the release conditions for both defendants be modified, and that they be allowed to travel on the dates indicated above.

Respectfully submitted,

Dated: May 12, 2015     By:_____/s/_____
                         PETER A. LEEMING,
                         Attorney for Hai Nguyen

Dated: May 12, 2015     By:_____/s/_____
                         PAUL B. MELTZER,
                         Attorney for Son Nguyen

                         _/s/ Gary G. Fry,___
                         Assistant U.S. Attorney

STIPULATION AND ~~PROPOSED~~ ORDER MODIFYING RELEASE CONDITIONS. - 2

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>SON NGUYEN and HAI NGUYEN<br><br>    Defendants | No. CR 13-00295 RMW [PSG]<br><br>**[~~PROPOSED~~] ORDER MODIFYING RELEASE CONDITIONS AND PERMITTING TRAVEL** |

For the reasons stated in the above Stipulation, Mr. And Mrs. Nguyen may be permitted to travel to Austin, Texas, from May 22, 2015 to May 25, 2015, to attend their daughter's graduation ceremony.

IT IS SO ORDERED.

DATED: 5/15/2015

Hon. Paul. S. Grewal
United States Magistrate Judge