Peter A. Leeming SBN 119124
Law Offices of Peter A. Leeming
108 Locust Street, Suite 7
Santa Cruz, CA 95060

Telephone (831) 425-8000

Attorney for defendant HAI NGUYEN

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 13-00295 RMW |
| Plaintiff, ) | **STIPULATION AND [~~PROPOSED~~] ORDER CONTINUING STATUS CONFERENCE** |
| vs. ) | |
| SON NGUYEN and HAI NGUYEN ) | |
| Defendants ) | |

The parties stipulate, and request that the court Order, the following:

1. This matter is currently set before the Court for a status conference on Monday, September 28, 2015 at 9:00 AM.  Through this stipulation and proposed Order, the parties are jointly requesting that the status conference be continued to October 26, at 9:00 A.M.

2. The parties have met and conferred on a variety of issues that are pertinent to trial as well as to a potential settlement.  One of the key issues in this

STIPULATION AND ~~PROPOSED~~ ORDER CONTINUING STATUS CONFERENCE. - 1

matter is the loss, if any, attributable to the defendants, a complex question in this case. The parties have different views of the loss amount. The government agent who initially worked on this matter is no longer available, and a new agent has taken over the forensic accounting responsibilities for the government. The defense has made a presentation to the government on their view of the loss. Assistant United States Attorney Gary Fry has informed counsel for the defense that he will be able to respond to the loss issue by the beginning of October. Once the loss issue is resolved, the parties can more accurately inform the court as to the likelihood of a trial.

    3.    For the above reasons, the parties respectfully request that the status conference date of September 28, 2015 be vacated, and a new status conference date be set for October 26, 2015, at 9:00 A.M, and that the time between September 28 and October 26, 2015 be excluded for the effective preparation of counsel.

Respectfully submitted,

Dated: September 22, 2015    By: _____/s/_____
PETER A. LEEMING,
Attorney for Hai Nguyen

Dated: September 22, 2015    By: _____/s/_____
PAUL B. MELTZER,
Attorney for Son Nguyen

       /s/ Gary G. Fry,_____
Assistant U.S. Attorney

IT IS SO ORDERED.

DATED: __9/24/2015__    *Ronald M. Whyte*
Hon. RONALD M. WHYTE
United States District Court Judge

STIPULATION AND ~~PROPOSED~~ ORDER CONTINUING STATUS CONFERENCE. - 2