**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>vs.<br>SON NGUYEN and HAI NGUYEN<br>Defendants | No. CR 13-00295 RMW<br>**~~[PROPOSED]~~ ORDER MODIFYING RELEASE CONDITIONS AND PERMITTING TRAVEL** |

For the reasons stated in the above Stipulation, Mr. And Mrs. Nguyen may be permitted to travel to Southern California from December 15, 2016 to December 19, 2016.

IT IS SO ORDERED.

DATED: 12/13/16

United States Magistrate Judge